IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC. | ) ) ) ) |
| Plaintiff | ) ) |
| vs. | ) Civil Case No.11-cv-01056 ) ) Judge Hibbler |
| POOJA THAKUR, JASPREET WALIA and A.E. BANCORP, INC. d/b/a AMERICAN ENTERPRISE BANK | ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT
A.E. BANCORP, INC. d/b/a AMERICAN ENTERPRISE BANK**

**COMES NOW** the Plaintiff, Choice Hotels International, Inc., by and through its legal counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby enters a Voluntary Dismissal with Prejudice in the above-captioned proceeding as to Defendant A.E. BANCORP, INC. d/b/a AMERICAN ENTERPRISE BANK. Each party shall bear its own costs and fees.

Respectfully Submitted,

Date: July 7, 2011

By: s/ Brett M. Tolpin
Brett M. Tolpin (6279634)
Mark R. Bagley (6271579)
TOLPIN & PARTNERS, PC
11 South LaSalle Street, Suite 2900
Chicago, Illinois 60603
(312) 698-8971
docket@tolpinlaw.com
Attorneys for Plaintiff
CHOICE HOTELS INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT A.E. BANCORP, INC. d/b/a AMERICAN ENTERPRISE BANK was served by first class mail, postage prepaid, on:

> Mr. Gary E. Green
> Clark Hill PLC
> 150 N. Michigan Avenue, Suite 2700
> Chicago, IL 60601.

Respectfully Submitted,

Date: July 7, 2011

> By: s/ Brett M. Tolpin
> Brett M. Tolpin (6279634)
> Mark R. Bagley (6271579)
> TOLPIN & PARTNERS, PC
> 11 South LaSalle Street, Suite 2900
> Chicago, Illinois 60603
> (312) 698-8971
> docket@tolpinlaw.com
> Attorneys for Plaintiff
> CHOICE HOTELS
> INTERNATIONAL, INC.